LOUIS F. LICHT et al., Appellants and Respondents, *v.* STATE OF NEW YORK, Respondent and Appellant. (Claim No. 23336.)

Submitted October 10, 1938; decided October 18, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 216.)

ROBERT C. BROWN, Respondent, *v.* MANUFACTURERS TRUST COMPANY et al., Appellants, Impleaded with Others.

Submitted October 10, 1938; decided October 18, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 278 N. Y. 317.)